**Harper E. ALLISON, Jr.**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. 59032.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 25, 1991.

Joel R. Elmer, Ellen H. Flottman, Asst. Public Defenders, Columbia, for movant/appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

## ORDER

Movant Harper E. Allison, Jr. appeals the denial of his Rule 29.15 motion after an evidentiary hearing. The judgment of the motion court is based upon findings of fact that are not clearly erroneous, no error of law appears, and an opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).